GRIFFIN v. BRADY.

(Supreme Court, Appellate Division, First Department.   July 13, 1909.)

APPEAL AND ERROR (§ 1194*)—AFFIRMANCE WITHOUT OPINION—EFFECT.
     An affirmance by the Appellate Division, without an opinion, of an order of the Trial Term setting aside the verdict, merely determines that the Appellate Division declines to reverse such order made in the discretion

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

of the Trial Term, by which all the issues must be presented de novo to another jury, and is not an approval of the expressions by the Trial Term of its views.

[Ed. Note.—For other cases, see Appeal and Error, Dec. Dig. § 1194.*]

On motion for reargument, after affirmance without opinion. Denied.

See 117 N. Y. Supp. 1136.

Argued before INGRAHAM, McLAUGHLIN, LAUGHLIN, CLARKE, and HOUGHTON, JJ.

John E. O'Brien, for the motion.

John J. Adams, opposed.

PER CURIAM. This is a motion for a reargument of an appeal to this court from an order of the Trial Term setting aside a verdict and ordering a new trial in an action for malicious prosecution. There is no ground for a reargument. This court, upon mature deliberation and discussion, affirmed the order appealed from by a vote of three to two. The affirmance by this court, without an opinion, of an order of the trial court, made in the exercise of its discretion, setting aside the verdict of a jury, is not to be taken as an approval in any degree of the expression by the trial court of its views in colloquy with counsel. All that is determined is that this court has declined to reverse an order, made in the discretion of the Trial Term, directing a new trial, upon which new trial all the issues are to be presented de novo to another jury.

The motion is denied, with $10 costs.